**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MELISSA NELSON, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

LUME DEODORANT, LLC,

Defendant.

1:23-cv-03629-FB-JAM

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Each side shall bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:     December 13, 2023

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080

**Certificate of Service**

I certify that on December 13, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

| | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan

2